UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
-vs- :
: 3:13-CR-271
GREGORY BOONE :
:
Defendant :

UNITED STATES OF AMERICA TO THE WARDEN,
SUPERINTENDENT, OR PERSON IN CHARGE OF
LUZERNE COUNTY PRISON, WILKES-BARRE, PA
OR THE UNITED STATES MARSHAL FOR THE DISTRICT

YOU ARE COMMANDED TO PRODUCE NOW, in your custody or one of your deputies, before the United States District Court, sitting in Wilkes Barre Pennsylvania on December 19, 2013 at 2:30 pm, the person of

GREGORY BOONE
DOB 7/17/1983

whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, that GREGORY BOONE appear for initial appearance/arraignment in connection with the criminal charges and you are directed to keep the prisoner safe in custody, and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and to return GREGORY BOONE to Luzerne County Prison at the conclusion of this hearing in this Court.

The Marshal for the Middle District of Pennsylvania is authorized to compensate the Warden for any expense incurred as a result of this Writ at a rate not to exceed the rate authorized for the transportation of a Federal prisoner by Federal authorities.

Witness my signature on this 5th day of December 2013.

_____
KAROLINE MEHALCHICK
U.S. MAGISTRATE JUDGE