UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 3: CR-13-271 |
| VS. | : | |
| | : | |
| RANDY COLEMAN, JR. | : | |
| Defendant | : | |

## ORDER

NOW THIS _____ day of January, 2014 upon the consideration of the defendant's Motion for Appointment of an Investigator it is hereby ORDERED that the defendant, through counsel, is AUTHORIZED to employ the services of FRANK GRIPPI as Criminal Investigator to assist the defendant in the preparation of a defense.

BY THE COURT:

_____ J.