UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: No. 3: CR-13-271
VS. :
:
RANDY COLEMAN, JR. :
                Defendant :

ORDER

NOW THIS 15th day of January, 2014 upon the consideration of the defendant's Motion for Appointment of an Investigator it is hereby ORDERED that the defendant, through counsel, is AUTHORIZED to employ the services of FRANK GRIPPI as Criminal Investigator to assist the defendant in the preparation of a defense; amount not to exceed $1,600.00.

BY THE COURT:

_____ J.

FILED
SCRANTON

JAN 1 5 2014

PER _____
       DEPUTY CLERK