Gregory Boone
1371 N. Washington Ave.
Scranton, PA. 18509

November 5, 2014

Re: Docket # 3:CR-13-271-01
Sentencing

Honorable Edward M. Kosik:

    First and foremost I would like to thank you for your time and consideration in reading this letter. I understand that a figure of your magnitude stays extremely busy and I would like to just offer a few words in my favor regarding my sentencing and circumstances.
    As you are well aware, I have accepted the plea offer of 72 months from the U.S. Attorney's Office, Mr. Francis P. Sempa in particular, and he has been kind enough to go to bat for me in procuring the plea even though I understand the final decision rests with you.
    I have made aggregious errors in judgement and deeds in my life and I have been striving to become a better person, friend and man over the past year. My past, although I refuse to use my upbringing as an excuse, has been extremely difficult and I am still trying to overcome certain boundaries that I have faced while growing up. My family life is dysfunctional and I am just trying to find my way, but I am not a bad person. I have made mistakes, and I am willing to own up to them and these 6years that I am faced with will definitely give me enough time to re-evalute my life. Over the past year I have tried to reconnect with family members, although it is diffivult not having the proper support system that I need as most of my family lives hundreds of miles away but I have signed up for DATs (Drug and Alcohol Program), been working in the Lackawanna County Prison as a kitchen worker, I've also taken a very introspective look into my life to determine my faults and figure out how to better myself. I was receiving Social Security benefits and attending counseling sessions for a number of issues before I was incarcerated and that plus the medication that I was prescribed seemed to help at times, but I was also addicted to drugs so I am certain that my addiction was a major problem and a counter-effect on all the positive steps that I was taking.
    I would also like to point out that up until October of last year, outside of these separate issues, I had not been in trouble with the law, at all. I understand how this case may appear to the outside eye and I wanted to assure you that what the media portrayed, and what my actual character is, are two totally separate things. I would never knowingly subject anyone to these crimes but I do apologize not only to the victims, but to this Honorable Court as well. I pray for the victims every day.
    Again, I would like to thank you for your time and consideration in this manner.
                                                         Respectfully,

_____
Gregory Boone

cc/clerkofcourts
    personal file

Name: Gregory Boone
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

LEHIGH VALLEY PA 180
07 NOV 2014 PM 1 L

HONORABLE Edward M. Kosik
c/o
Clerk of Courts
235 N. Washington Ave
Scranton Pa, 18503

CONTENTS MAILED FROM A CORRECTIONAL FACILITY

18503153251