Honorable Kosik 12/2/14

Your Honor
How are you today, have a question for you. Is there an court date for sentening Docket No: 3:CR-271-01 my name is Randy Coleman Thank you so much please reply soon
HAPPY Holidays

Randy L Coleman 12/2/14

*signature* 12/2/14

FILED
SCRANTON
DEC -5 2:
PER _____
DEPUTY CLERK

Name: Randy "Coleman"
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

RECEIVED
SCRANTON
DEC 05 2014
PER _____
DEPUTY CLERK

The Honorable Edwin M. Kosik
United States courthouse
One federal courthouse square
Scranton, PA 18503

18503999555

CONTENTS MAILED FROM
A CORRECTIONAL FACILITY

LEHIGH VALLEY PA 180
03 DEC 2014 PM 3 L

FOREVER USA